STATE OF NEW JERSEY v. EARL RUBERTI, SR.

Dec. 10, 1979. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF JOHN J. KELLEHER, DECEASED.

Dec. 10, 1979. Petition for certification denied.

VERA McMILLON v. BOARD OF TRUSTEES OF KEAN COLLEGE.

Dec. 10, 1979. Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES v. BRUCE WUNNENBURG AND VIRGINIA WUNNENBURG.

Dec. 10, 1979. Petition for certification denied. (See 169 *N.J.Super.* 417)

STATE OF NEW JERSEY v. PATRICIA SIMS.

Dec. 10, 1979. Petition for certification denied.

JOSEPH SILEO v. SHOW PLACE SYSTEMS, INC.

Dec. 10, 1979. Petition for certification denied.